Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 08 2006

JAMES W. McCORMACK, CLERK
By: _____
                           DEP CLERK

UNITED STATES OF AMERICA

v.   Crim. No. 4:06CR00151 JLH

DEBORAH MARIE URQUIJO

On May 21, 2004, the above-named defendant was sentenced in the District of Arizona for the offense of possession with intent to distribute marijuana to a prison term of 37 months with credit for time served, with a 4-year term of supervised release to follow. In addition, the following special conditions were ordered: substance abuse treatment, drug testing, submit to search, financial disclosure, disclosure of prescription medications, and a $100 special penalty assessment. Jurisdiction was transferred to the Eastern District of Arkansas on April 10, 2006.

Upon release from prison the defendant began supervision on May 21, 2004. Substance abuse treatment was successfully completed on August 24, 2004. Ms. Urquijo has maintained employment and a stable residence for 23 months. She has not had any violations and has been compliant with all conditions imposed. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Her criminal history does not include any history of violence.

Ms. Urquijo meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. 3583 (e)(1); additionally, she has completed 23 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

_____
Edward Morin
U.S. Probation Officer

Agree: _Robert J. Govar_
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _8th_ day of _May_, 2006.

_____
Honorable J. Leon Holmes
Chief U.S. District Judge